1  GENNARO A. FILICE III
     *gfilice@kslaw.com*, Bar No. 061112
2  PAUL R. JOHNSON
     *pjohnson@kslaw.com*, Bar No. 115817
3  OLIVER Q. DUNLAP,
     *odunlap@kslaw.com*, Bar No. 225566
4  KING & SPALDING LLP
   101 Second Street, Suite 2300
5  San Francisco, California 94105
   +1 415 318 1200
6  +1 415 318 1300 (fax)

7  Attorneys for Plaintiffs

8  BRIAN J. STRETCH, Bar No. 163973
   United States Attorney
9  SARA WINSLOW, D.C. Bar No. 457643
   Chief, Civil Division
10 WENDY M. GARBERS, Bar No. 213208
   Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
12 San Francisco, California 94102-3495
   Telephone: (415) 436-6475
13 Fax: (415) 436-7234
   wendy.garbers@usdoj.gov

   Attorneys for Defendants

# United States District Court
# Northern District of California
## San Francisco Division

| | |
|---|---|
| DOLORES STREET COMMUNITY SERVICES, ET AL., | No. 3:15-cv-00786-LB |
| Plaintiffs, | |
| v. | **[PROPOSED]** ORDER GRANTING REQUEST TO CONTINUE CMC |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, ET AL., | Date: June 16, 2016<br>Time: 11:00 a.m.<br>Courtroom: C, 15th Floor |
| Defendants. | |

1

1    The Case Management Conference currently scheduled for June 16, 2016, is continued to
2    August 25, 2016, at 11:00 a.m., with updated statements due one week prior.
3    IT IS SO ORDERED.

5    Dated: June 9, 2016

7    THE HONORABLE LAUREL BEELER
     UNITED STATES MAGISTRATE JUDGE

~~Proposed~~ Order Granting Request to Continue CMC                    No. 3:15-cv-00786-LB