ALEX G. TSE (CABN 152348)
Attorney for the United States,
Acting Under Authority Conferred by 28 U.S.C. § 515
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
WENDY GARBERS (CABN 213208)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6475
    Fax: (415) 436-7234
    wendy.garbers@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DOLORES STREET COMMUNITY SERVICES, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, ET AL., <br><br> Defendants. | CASE NO. C 15-00786 LB <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING CMC** <br><br> Current Date: September 28, 2017 <br> Proposed New Date: October 5, 2017 <br> Time: 11:00 a.m. |

## STIPULATION

WHEREAS, the parties are scheduled to have a phone conference with the Court's ADR Unit on Monday, September 25, 2017, regarding further ADR in this matter;

WHEREAS, the parties believe it would be more efficient to conduct this call in advance of the CMC and CMC statement submission herein;

IT IS HEREBY STIPULATED, that the Case Management Conference currently set for September 28, 2017, at 11:00 a.m., should be rescheduled to October 5, 2017, at 11:00 a.m., with a joint case management statement due one week before the rescheduled conference.

DATED:  September 20, 2017

Respectfully submitted,
ALEX G. TSE
Attorney for the United States, Acting Under Authority Conferred by 28 U.S.C. § 515

*/s/ Wendy M. Garbers*
WENDY M. GARBERS
Assistant United States Attorney
Attorneys for Defendants

DATED: September 20, 2017

KING & SPALDING LLP

By: /s/ Paul R. Johnson*
      PAUL R. JOHNSON

Attorneys for Plaintiffs

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that each signatory has concurred in the filing of this document.*

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
THE HONORABLE LAUREL BEELER