ALEX G. TSE (CABN 152348)
Attorney for the United States,
Acting Under Authority Conferred by 28 U.S.C. § 515
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
WENDY GARBERS (CABN 213208)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6475
   Fax: (415) 436-7234
   wendy.garbers@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DOLORES STREET COMMUNITY SERVICES, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, ET AL., <br><br> Defendants. | CASE NO. C 15-00786 LB <br><br> **JOINT CMC STATEMENT** <br><br> Date: October 5, 2017 <br> Time: 11:00 a.m. <br><br> The Honorable Laurel Beeler |

JOINT CMC STATEMENT        - 1 -
Case No. C 15-00786 LB

The parties jointly submit this Case Management Conference ("CMC") statement. The parties had a phone conference with the Court's ADR Unit on Monday, September 25, 2017, regarding further ADR in this matter to address the outstanding attorneys' fees issue. The parties request that they be referred to either Magistrate Judge Corley or Magistrate Judge James for a settlement conference regarding plaintiffs' claim for attorneys' fees.

DATED: September 28, 2017

Respectfully submitted,
ALEX G. TSE
Attorney for the United States, Acting Under Authority Conferred by 28 U.S.C. § 515

*/s/ Wendy M. Garbers*
WENDY M. GARBERS
Assistant United States Attorney
Attorneys for Defendants

DATED: September 28, 2017

KING & SPALDING LLP

By: /s/ Paul R. Johnson*
    PAUL R. JOHNSON

Attorneys for Plaintiffs

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that each signatory has concurred in the filing of this document.*