1  PAUL R. JOHNSON
     *pjohnson@kslaw.com*, Bar No. 115817
2  GARNER F. KROPP
     *gkropp@kslaw.com*, Bar No. 312585
3  KING & SPALDING LLP
   101 Second Street, Suite 2300
4  San Francisco, California 94105
   +1 415 318 1200
5  +1 415 318 1300 (fax)

6  Attorneys for Plaintiffs

7  ALEX G. TSE (CABN 152348)
   Attorney for the United States,
8  Acting Under Authority Conferred by 28 U.S.C. § 515
   SARA WINSLOW (DCBN 457643)
9  Chief, Civil Division
   WENDY M. GARBERS (CABN 213208)
10 Assistant United States Attorney

11     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
12     Telephone: (415) 436-6475
       Fax: (415) 436-7234
13     wendy.garbers@usdoj.gov

14 Attorneys for Defendants

15

# United States District Court

# Northern District of California

# San Francisco Division

| DOLORES STREET COMMUNITY SERVICES, LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA, THE LEGAL AID SOCIETY – EMPLOYMENT LAW CENTER, NATIONAL EMPLOYMENT LAW PROJECT, and NATIONAL IMMIGRATION LAW CENTER, | No. 3:15-cv-00786-LB |
|---|---|
| Plaintiffs, | |
| v. | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT** |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY and UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, | |
| Defendants. | |

1

1

## STIPULATION

2       The parties previously reached a resolution regarding the production of records and

3   have now settled plaintiffs' claim for attorney fees and costs, which the government has paid in

4   full in the amount of $360,000. Because this action has been fully resolved, the parties stipulate

5   that this action be dismissed with prejudice.

6                                           Respectfully,

7   DATED: December 18, 2017               KING & SPALDING LLP

8                                           By   /s/Paul R. Johnson
                                                PAUL R. JOHNSON
9                                           Attorneys for Plaintiffs

10  DATED: December 18, 2017               ALEX G.TSE
                                            Attorney for the United States, Acting Under
11                                          Authority Conferred by 28 U.S.C. § 515

12                                             /s/Wendy M. Garbers*
                                            WENDY M. GARBERS
13                                          Assistant United States Attorney
                                            Attorneys for Defendants
14

15  *Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filings of
    this document has been obtained from the other signatory.
16

17                                 **[PROPOSED] ORDER**

18       Based on the stipulation of the parties that this action has been resolved and should now

19  be dismissed with prejudice, this action is hereby DISMISSED WITH PREJUDICE. Except for the

20  attorney fees and costs paid pursuant to settlement, each party shall bear its own fees and costs.

21       IT IS SO ORDERED.

22

23  DATED:_____

24                                          _____
                                            THE HONORABLE LAUREL BEELER
25                                          United States Magistrate Judge

26

27

28

2